166 So. 438

### WEBB v. STATE.
### 8 Div. 192.

Court of Appeals of Alabama.
March 3, 1936.

S. A. Lynne, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

The evidence in this case is not sufficient to connect the defendant with the whisky and beer alleged to have been in his possession.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.